Fifth Court of Appeals, Clerk
George L. Allen Sr. Court Bldg
600 Commerce St. Ste 200
Dallas, Texas 75202-4658

RECEIVED
COURT OF APPEALS

MAR 2 7 2018

LISA MATZ
CLERK, 5th DISTRICT

5th Court of Appeals
FILED: 03/27/2018
16:28:38
Lisa Matz, Clerk

RE: BOBBY SIMMONS V. THE STATE OF TEXAS
NOS. 05-14-00241-CR; 05-14-00240-CR

Dear Clerk,

My reason for writing you this letter is to seek the assistance of your office with furnishing me the total cost of my trial transcripts and Clerk's record in the above appeal numbers. Currently, I am working on my 11.07 state habeas Corpus and desperately need my transcripts inorder to file a successful writ with the Court. I would appreciate if you would provide me with this very important information ASAP.

Thank you for your time and Consideration in this matter.

I Bobby Simmons am indigent at the time unable to pay for my transcripts want to know if the Fifth court of appeals would send me my transcripts at the Telfor Unit
T.D.C.J #1941546
3899 State Hwy 98
New Boston, Texas 75570

Sincerely,
X Bobby Simmons
Bobby Simmons
T.D.C.J #1941546
3899 State Hwy 98
New Boston, Texas 75570

Bobby Simmons #1941346
3BLDG B100 39
3869 STATE HWY 98
NEW BOSTON, TEXAS 75570

75202369599

STUDENT REPORT 18 7.0
22 MAR 2018 PM 2 L

Fifth Court Of Appeals, Clerk
George L. Allen Sr. Court BLDG
Dallas, Texas 75202-4658